JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| NAHID NOORI, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BANK OF AMERICA, National Association, an FDIC insured corporation, and DOES 1 through 100 inclusive,<br><br>　　　　　Defendants. | Case No. 2:15-cv-01467 AB (AFMx)<br>Assigned for All Purposes to:<br>Hon. Andre Birotte, Jr.<br>Ctrm. 4 – 2nd Floor – Spring Street<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Action Filed:　January 29, 2015<br>Removal Date:　February 27, 2015<br>Trial Date:　　Vacated |

　　　The Court having entered, on May 26, 2016, its Order Granting Motion for Summary Judgment in its entirety and as to all of plaintiff's claims,

　　　**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

　　　1.　This entire action and each of plaintiff's claims are dismissed with prejudice.

　　　2.　Judgment is entered in favor of defendant Bank of America, N.A. and against plaintiff Nahid Noori.

//

//

1    3.   Defendant Bank of America, N.A. is the prevailing party in this action
2 and is entitled to costs pursuant to Fed. R. Civ. P. 54(d).

4 DATED: June 30, 2016

   HON. ANDRÉ BIROTTE JR.
   U.S. DISTRICT COURT JUDGE