UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| NAHID NOORI, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, National Association, an FDIC insured corporation, and DOES 1 through 100 inclusive,<br><br>        Defendants. | Case No. 2:15-cv-01467 AB (AFMx)<br>Assigned for All Purposes to:<br>Hon. Andre Birotte, Jr.<br>Ctrm. 7B – 350 West First Street<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed: January 29, 2015<br>Removal Date: February 27, 2015 |

The Court, having considered the Joint Stipulation for Dismissal with Prejudice filed by the parties, and **GOOD CAUSE APPEARING THEREFOR,**

**IT IS ORDERED** that the above-entitled action is hereby **DISMISSED** in its entirety **WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED: October __22__, 2018

_____
HON. ANDRE BIROTTE, JR.